| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION | | | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7835213 | DATE 10/17/2023 |
|---|---|---|---|---|---|---|
| **NAME** PACTELES, Michael | | | **OFFICER** David Smith | **JUDGE** Sean F. Cox | **DOCKET #** 23-CR-20026-01 | |
| **ORIGINAL SENTENCE DATE** 08/30/2023 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 17 | **PHOTO** | | |
| **COMMENCED** 08/30/2023 | | | | | | |
| **EXPIRATION** 02/28/2025 | | | | | | |
| **REPORT PURPOSE** | **REQUEST TO MODIFY CONDITIONS** | | | | | |
| **RECOMMENDATION** | **MODIFICATION** | | | | | |
| **ORIGINAL OFFENSE** | 18 U.S.C. 666(a)(1)(B), Bribery Concerning Programs Receiving Federal Funds | | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a one day time served, to be followed by an 18 month term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must reside in a Residential Reentry Center (RRC) for the first 365 days. You must follow the rules and regulations of the center. Subsistence is waived. While at the RRC, you shall be allowed to earn social time, if you are in compliance with all facility criteria and probationary standards. You must be allowed to leave for verifiable employment.
2. After your release from the Residential Re-entry Center (RRC), you are restricted to your residence at all times for 180 days except for employment; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities, including his children's school and sporting events, as pre-approved by the probation officer.
3. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   Criminal Monetary Penalty: Special Assessment $100.00 ($100.00 balance).

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7835213 | DATE 10/17/2023 |
|---|---|---|---|---|
| NAME PACTELES, Michael | OFFICER David Smith | JUDGE Sean F. Cox | | DOCKET # 23-CR-20026-01 |

## PETITIONING THE COURT

To modify the condition(s) of supervised release as follows:

REMOVE:  You must reside in a Residential Reentry Center (RRC) for the first 365 days. You must follow the rules and regulations of the center. Subsistence is waived. While at the RRC, you shall be allowed to earn social time, if you are in compliance with all facility criteria and probationary standards. You must be allowed to leave for verifiable employment.

REMOVE:  After your release from the Residential Re-entry Center (RRC), you are restricted to your residence at all times for 180 days except for employment; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligation; or other activities, including his children's school and sporting events, as pre-approved by the probation officer.

ADD:  The defendant shall participate in the Location Monitoring Program using Global Positioning System (GPS) for 545 consecutive days and abide by all the requirements of the program.  The defendant is restricted to his residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as approved in advance by the probation officer including his children's school and sporting events, as pre-approved by the probation officer.  The Court waives the costs of the program based upon his inability to pay.

## CAUSE

On September 13, 2023, a referral was forwarded to the Bureau of Prisons (BOP) for placement Residential Re-entry Center (RRC). RRC Management advised that PACTELES was not a via candidate for the RRC due to his lack of fixed site employment which is a program requirement.

On September 20, 2023, the probation officer met with your Honor in chambers to discuss the issue with the RRC. Your Honor advised that a modification of the conditions of supervised release would be considered if he was unable to be accepted into the RRC.

Since sentencing, PACTELES has reported to the probation officer as directed. He maintains a stable residence and stable full-time employment. PACTELES has resumed therapy with Shanle Psychological Services.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on October 17, 2023, revealed no new criminal activity. He does have two outstanding civil bench warrants for a parking ticket and expired license plates in Southgate, Michigan dated June 5, 2023. PACTELES states that he was unaware of the warrants and will make efforts to clear them.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department.  If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 7835213 | DATE 10/17/2023 |
|---|---|---|---|---|
| NAME PACTELES, Michael | OFFICER David Smith | JUDGE Sean F. Cox | | DOCKET # 23-CR-20026-01 |

Should your Honor have any questions or concerns, this writer may be reached at the number below

| **PROBATION OFFICER** s/David Smith 313 234-5448 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Steven M. Ely 313 234-5583 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]  Modification as Noted Above

[  ]  Other

s/Sean F. Cox
Chief United States District Judge

10/25/2023
Date